UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BERNARD G. SKOMAL TO MAGISTRATE JUDGE JILL L. BURKHARDT | ) ) **TRANSFER ORDER** ) ) ) ) ) |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Bernard G. Skomal to the calendar of the Honorable Jill L. Burkhardt for all further proceedings. All future conference or hearing dates set before Magistrate Judge Skomal, if any, are vacated and will be rescheduled before Magistrate Judge Burkhardt. Any dates set before the District Judge remain unchanged.

| Title | Case No. |
|---|---|
| 7cv2385-JAH-BGS | Maxwell et al v. County of San Diego et al |
| 10cv1991-CAB-BGS | Imperial Capital Bancorp, Inc. v. Federal Deposit Insurance Corporation |
| 10cv2067-CAB-BGS | Imperial Capital Bancorp, Inc. v. Federal Deposit Insurance Corporation |
| 11cv2065-CAB-BGS | Federal Deposit Insurance Corporation v. Imperial Capital Bancorp, Inc. |
| 12cv1347-CAB-BGS | Federal Deposit Insurance Corporation vs. Imperial Capital Bancorp |
| 12cv376-BTM-BGS | Allen v. Similasan Corporation et al |

| | | |
|---|---|---|
| 1 | 13cv1297-H-BGS | J & J Productions, Inc. v. Godoy et al |
| 2 | 13cv1025-WQH-BGS | Kozacki v. Nat'l Credit Adjusters, LLC |
| 3 | 13cv131-JLS-BGS | Molnar et al v. NCO Financial Systems, Inc. |
| 4 | 13cv136-MMA-BGS | Maier v. Bloomin' Brands, Inc. |
| 5 | 13cv458-JAH-BGS | National Fire Insurance Company of Hartford v. Travelers Property Casualty Company of America et al |
| 6 | 13cv685-JLS-BGS | House v. NCO Financial Systems, Inc. |
| 7 | 13cv1427-BEN-BGS | Ryan v. Jersey Mike's Franchise Systems et al |
| 8 | 13cv1564-CAB-BGS | McDonald v. CA Technologies, Inc. et al |
| 9 | 13cv2332-H-BGS | Brisson v. Bayer Corporation et al |
| 10 | 12cv2342-GPC-BGS | Adobe Systems Incorporated v. Select Retrieval, LLC |
| 11 | 10cv273-W-BGS | Bryant v. Ochoa et al |
| 12 | 13cv2090-BEN-BGS | Turner Jr. v. George Bailey Detention et al |

IT IS SO ORDERED.

DATED:  March 28, 2014

Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court

2